IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEWIS A. HALLER,** | Case No. 1:12-cv-01599 JLT (PC) |
| Plaintiff, | **ORDER DISREGARDING PLAINTIFF'S MOTION FOR TELEPHONIC APPEARANCE** |
| v. | |
| **JAMES HARTLEY, et al.,** | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983. On December 26, 2012, Plaintiff filed a "Request for Telephone Attendance of Proceedings." (Doc. 12). Although Plaintiff's motion does not expressly indicate the hearing he wishes to attend telephonically, the Court assumes Plaintiff's motion relates to the Motion to Dismiss recently filed by Defendants in this case. (Doc. 6). Plaintiff recently filed his Opposition to Defendants' Motion to Dismiss on December 26, 2012. (Doc. 10).

Local Rule of Court 230 (l) explains that there is no open court hearing or opportunity for oral argument on motions where one party is incarcerated. (See also Federal Rules of Civil Procedure, Rule 78).

(l) Motions in Prisoner Actions.

> All motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by

the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21),days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. The moving party may, not more than seven (7) days after the opposition is served, serve and file a reply to the opposition. All such motions will be deemed submitted twenty-eight (28) days after the service of the motion or when the reply is filed, whichever comes first. See L.R. 135.

Since the parties respective pleadings will be submitted without oral argument, pursuant to Local Rule 230(l), neither party will be able to able to appear for the motion.  Thus, Plaintiff's request to appear telephonically is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **December 28, 2012**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

2